No. 74–5460. SUTTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–5473. BAERGA v. WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 3d Cir. Certiorari denied.

No. 74–5475. CRUZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 74–5483. HERBERT ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 74–5488. ROHRBAUGH v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 74–5491. GREEN v. DAGGETT, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 74–5493. BROWN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 74–5504. TRIANA-PACHECO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–5507. MATHEWS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–5510. ORAND v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–5511. RIADON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 74–5512. HILL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–5515. TRIMMINGS v. HENDERSON, WARDEN. C. A. 5th Cir. Certiorari denied.